RAULF COMPANY, Respondent, vs. HARRIS and wife, Appellants.

*February 8—March 6, 1928.*

*Railroads: Title to ties and rails.*

The rails and ties of an abandoned railroad belong to the owners of bonds given for its construction, and not to the original owners of the right of way to whom the soil reverted.

APPEAL from a judgment of the circuit court for Walworth county: E. B. BELDEN, Circuit Judge. *Affirmed.*

Action in equity to foreclose bonds given for the construction of a railroad afterwards abandoned.

For the appellants the cause was submitted on the briefs of *E. T. Cass* of Whitewater.

*F. X. Boden* of Milwaukee, for the respondent.

PER CURIAM. The trial court correctly held that the rails and ties of the abandoned road belonged to the owners of the bonds given for its construction and not to the original owners of the right of way to whom the soil reverted. 11 Ruling Case Law, 1079 and 1080 and cases cited.

*By the Court.*—Judgment affirmed.